AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Northern District of California

| | | |
|---|---|---|
| **CHARLES KINNEY** | ) | **C 13 1396** |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| **STATE BAR OF CALIFORNIA, et al** | ) | |
| *Defendant* | ) | *MMC* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   STATE BAR OF CALIFORNIA,
CITY OF LOS ANGELES,
CALIFORNIA SUPERIOR COURT JUDGE LUIS A. LAVIN,
CALIFORNIA COURT OF APPEAL JUSTICE ROGER W. BOREN,
And DOES 1 to 20

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHARLES KINNEY, 5826 PRESLEY WAY, OAKLAND, CA 94618
510-654-5133
(California State Bar No. 66428)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

MAR 2 8 2013

HELEN ALMACEN

Date: _____

_____
*Signature of Clerk or Deputy Clerk*