SARAH L. OVERTON (CSB # 163810)
CUMMINGS, MCCLOREY, DAVIS, ACHO & ASSOCIATES, P.C.
3801 University Avenue, Suite 560
Riverside, CA 92501
(951) 276-4420
(951) 276-4405 facsimile
soverton@cmda-law.com

Attorneys for Defendants
The Honorable Roger W. Boren,
Justice of the California Court of Appeal,
Second Appellate District, the Honorable Luis A. Lavin,
Judge of the Superior Court of California,
County of Los Angeles

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KINNEY,<br><br>Plaintiff,<br><br>v.<br><br>STATE BAR OF CALIFORNIA, et al.,<br><br>Defendants. | CASE: C-13-1396 MMC<br><br>**ORDER APPROVING**<br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>DATE: September 20, 2013<br>TIME: 10:30 a.m.<br>CRTRM: 7 |

Pursuant to Local Rules 6-3 and 7-12, plaintiff Charles Kinney, defendant City of Los Angeles and defendants the Honorable Roger A. Boren, Justice of the California Court of Appeal, Second Appellate District and the Honorable Luis A. Lavin, Judge of the Superior Court of California, County of Los Angeles hereby stipulate as follows:

///

///

1  WHEREAS, the defendants have filed motions to dismiss the action, with hearings set for October 11, 2013 and October 18, 2013 which may be dispositive of the action; and

WHEREAS, counsel for defendants Justice Boren and Judge Lavin has a previously scheduled vacation from September 20 to October 2, 2013; and

WHEREAS, these parties have not requested a continuance of time and the continuance of the case management conference would not substantially impact the instant action;

NOW THEREFORE, plaintiff and defendants hereby stipulate that the case management conference currently scheduled for September 20, 2013 is hereby continued to **November 15, 2013**.

Dated: September 13, 2013

CUMMINGS, MCCLOREY, DAVIS, ACHO & ASSOCIATES, P.C.

By: _____
Sarah L. Overton
Attorneys for the Defendants
The Honorable Roger W. Boren, Justice of the California Court of Appeal, Second Appellate District and
The Honorable Luis A. Lavin, Judge of the Superior Court of California, County of Los Angeles

Dated: September    , 2013

By: _____
Charles Kinney, Esq
Plaintiff

Cummings, McClorey, Davis, Acho & Associates, P.C.
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

WHEREAS, the defendants have filed motions to dismiss the action, with hearings set for October 11, 2013 and October 18, 2013 which may be dispositive of the action; and

WHEREAS, counsel for defendants Justice Boren and Judge Lavin has a previously scheduled vacation from September 20 to October 2, 2013; and

WHEREAS, these parties have not requested a continuance of time and the continuance of the case management conference would not substantially impact the instant action;

NOW THEREFORE, plaintiff and defendants hereby stipulate that the case management conference currently scheduled for September 20, 2013 is hereby continued to **November 15, 2013**.

Dated: September __, 2013

CUMMINGS, MCCLOREY, DAVIS, ACHO & ASSOCIATES, P.C.

By: _____
Sarah L. Overton
Attorneys for the Defendants
The Honorable Roger W. Boren, Justice of the California Court of Appeal, Second Appellate District and
The Honorable Luis A. Lavin, Judge of the Superior Court of California, County of Los Angeles

Dated: September 17, 2013

By: _____
Charles Kinney, Esq
Plaintiff

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1 | Dated: September 12, 2013

3 | By: _____
4 | Peter Eugene Langsfeld
5 | Attorney for Defendant
  | City of Los Angeles

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.**

Further, a Joint Case Management Statement shall be filed no later than November 8, 2013.

DATED: September 16, 2013     _____
                              DISTRICT COURT JUDGE

Cummings, McClorey,
Davis, Acho
& Associates, P.C.
3801 University Avenue,
Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

3

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE